IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIMBERLEE BELLAMY, on Behalf of Herself and All Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:15-cv-1158-M |
| HOMEBRIDGE FINANCIAL SERVICES, INC., formerly known as REAL ESTATE MORTGAGE NETWORK, INC. | § § § § § § | |
| Defendants. | § § | |

## ORDER APPROVING SETTLEMENT

Before the Court is the parties' Joint Motion for Approval of Settlement Agreement. Having considered the motion and for good cause shown, it is ORDERED, ADJUDGED, and DECREED that:

1. The settlement of this action: (a) is fair to all parties; (b) reasonably resolves a *bona fide* disagreement between the parties concerning the merits of the claims asserted in the action; and (c) demonstrates a good faith intention by the parties to fully and finally resolve the claims asserted by Plaintiff on her own behalf and on behalf of members of the putative collective action. The proposed settlement and the Settlement Agreement are therefore APPROVED by the Court.

2. The parties are directed to implement and complete the notice and claims process pursuant to the settlement agreement.

SO ORDERED THIS 11th DAY OF APRIL, 2016.

                                            **BARBARA M. G. LYNN**
                                            **UNITED STATES DISTRICT JUDGE**
                                            **NORTHERN DISTRICT OF TEXAS**